IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALONZO MOREFIELD, JR. ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 607-073 |
| ) | |
| LARRY BREWTON, STEPHEN ) | |
| UPTON, JOHN PAUL, LISA ) | |
| WATERS, and DANETTE GORE ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of April, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia