IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ALONZO MOREFIELD, JR.,

    Plaintiff,

v.

LARRY BREWTON; STEPHEN UPTON;
JOHN PAUL; LISA WATERS, and
DANETTE GORE,

    Defendants.

CIVIL ACTION NO.:CV607-073

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **DENIED**. Defendants shall file their answer(s) within twenty (20) days of the date of this Order.

SO ORDERED, this 11th day of December, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)