UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

This day of 30 March 2010.

*/s/ B. Avant Edenfield*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

ALONZO MOREFIELD, JR.,

Plaintiff,

v.     607CV073

LARRY BREWTON, STEPHEN UPTON, JOHN PAUL, LISA WATERS, and DANETTE GORE,

Defendants.

## ORDER

The Court has reviewed the record of this case and the Magistrate Judge's Report and Recommendation (R&R) in detail. Following the entry of the R&R, the plaintiff moved the court for an extension of time to file objections. Doc. # 129. The Magistrate Judge denied that request. Doc. # 133. Rather than make an effort to timely inform the Court of his objections, however, the plaintiff simply renewed his request for an extension of time, presenting no new or otherwise compelling grounds warranting an extension. Doc. # 134. As his time for filing objections expired on 3/19/2010, his second motion is *DENIED*, and the Court now addresses the R&R.

The Court concurs with the R&R recommending that the defendants' motion for summary judgment be granted. It is therefore adopted as the opinion of the Court. Doc. # 127. As a result, the motion for summary judgment, doc. # 100 is *GRANTED*, and this case is *DISMISSED*.